FILED
CLERK, US DISTRICT COURT

SEP 2 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

SEP 2 1 2006

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM

-Please Fill Out Completely

FILED _____
DOCKETED _9-2-6-06_
DATE          INITIAL

**CASE INFORMATION:**

Short Case Title: _Henry A Waxman et al v. Tommy G Thompson_

Court of Appeals No. (leave blank if unassigned) _____ **06 - 56337**

U.S. District Court, Division & Judge Name _Central California,LA , Judge Margaret M. Morrow_

Criminal and/or Civil Case No. _CV 04-3467 MMM (MANx)_

Date Complaint/Indictment/Petition Filed: _5/17/2004_

Date Appealed order/judgment _entered:_ _7/26/06_

Date NOA _filed:_ _9/20/06_

Date(s) of Indictment _____   Plea Hearing _____   Sentencing _____

COA Status (check one):      □ granted in full (attach order)       □ denied in full (send record)
                             □ granted in part (attach order)       □ pending

Court Reporter(s) Name & Phone Number _Rick Duvall, 213-894-3015_

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**

Date Docket Fee Paid: _9/20/06_ _____          Date Docket Fee Billed: _____

Date FP granted: _____                       Date FP denied: _____

Is FP pending? □ yes  □ no                           Was FP limited □? Revoked □?

US Government Appeal? □ yes  □ no

Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**

Appellate Counsel:                         Appellee Counsel:

Marvin E Krakow                            James J Gilligan
Marvin E Krakow Law Offices               US Department of Justice
1801 Century Park East, Suite 1520        Federal Programs Branc h- Civil Division
Los Angeles, CA 90067-2302                P O Box 883
310-229-0900                              Washington, DC 20044
☒ retained  □ CJA  □ FPD  □ Pro Se  □ Other _____  *Please attach*

**DEFENDANT INFORMATION**

Prisoner ID _____        Address: _____

Custody _____

Bail _____

**AMENDED NOTIFICATION INFORMATION**

Date Fees Paid _____        9th Circuit Docket Number _____

DOCKETED ON CM
SEP 2 8 2006
BY _____

Name & Phone Number of Person Completing this Form: D. Martin

(213) 894-3570

A-8 (08/02) (CA9-014)        NOTICE OF APPEAL NOTIFICATION FORM
104

((:) Duplicate ((:) Duplicate ((:)
CLERK'S OFFICE U.S.D.C.
LOS ANGELES
9/28/2006 2:09:47 PM  Receipt #: 88608
Cashier : ABELLAMY [LA 1-1]
Paid by: LAW OFFICES OF MARVIN E KRAKOW
2:CV04-03467
2006-086900      Appeals Filing Fees(1)
Amount :                        $105.00

2:CV04-03467
2006-510000Judicial Services ($150.00)(1)
Amount :                        $150.00

2:CV04-03467
2006-086400Appeals Filing fee - Special(1
)
Amount :                        $200.00

Check Payment : 3181 /        455.00
Total Payment :               455.00

(= NO REFUNDS WITHOUT WHITE RECEIPT =)