FILED

MAR 20 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| HENRY A. WAXMAN; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>TOMMY G. THOMPSON, Secretary, Department of Health and Human Services,<br><br>    Defendant - Appellee. | No. 06-56337<br><br>D.C. No. CV-04-03467-MMM<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 2 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The appellants' letter dated March 14, 2007 is construed as a motion for voluntary dismissal and is granted. This appeal is dismissed. Fed. R. App. P. 42(b). A certified copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY
ATTEST    3/20/07
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 3.12



DOCKETED ON CM
MAR 23 2007
BY ___ 184